# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUR-RAHMAN NELSON-BEY,<br><br>    Petitioner,<br><br>    v.<br><br>F.E. FIGEROUA, et al.,<br><br>    Respondent. | Case No. CV 11-3598-JFW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state remedies and for failure to obey court order.

DATED: September 8, 2011

                                        HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE