JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUR-RAHMAN NELSON-BEY,<br><br>Petitioner,<br><br>v.<br><br>F.E. FIGEROUA, et al.,<br><br>Respondent. | Case No. CV 11-3598-JFW (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: September 8, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE